UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-324-BO

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
LUZMILA BEATRIZ SEVILLA-BURBANO )

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss, without prejudice, the pending Criminal Information relative to the above captioned defendant.

After due consideration, for good cause shown, and for the reasons stated in the government's motion, the Court hereby GRANTS the government's motion and ORDERS the subject Criminal Information DISMISSED without prejudice.

So ORDERED, this ___18___ day of ___November___ 2019.

_Terence Boyle_
TERRENCE W. BOYLE
Chief United States District Judge