# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

## NO.5:18-CR-324-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LUZMILA BEATRIZ SEVILLA-BURBANO a/k/a "Luzmila Sevilla" | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-referenced matter be unsealed.

This the _____ day of December 2019.

_____
TERRENCE W. BOYLE
Chief United States District Judge